IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:22-cv-00314-BO

CARY B. NORDAN,

    Plaintiff,

v.

LAKESIDE CAPITAL MANAGEMENT, INC., DANIEL J. HEMIADAN, AND CARLETON L. OLMANSON,

    Defendants.

**ORDER GRANTING STIPULATION TO CONSOLIDATE, STAY, AND WITHDRAW MOTION FOR SANCTIONS**

Upon review of the Stipulation to Consolidate, Stay, and Withdraw Motion for Sanctions jointly submitted by the parties (Dkt. # 19), the Court enters the following ORDER:

1. The Stipulation is GRANTED;

2. This matter shall be consolidated with the related matter pending before this Court, captioned *Cary B. Nordan v. Lakeside Capital Management, Inc. et al.*, Civil Action No. 5:21-cv-397-BO; all future filings shall reflect that this is a consolidated action and list both case captions; all future filings shall further be filed only in the lead case, No. 5:21-cv-397-BO;

3. The consolidated matter is STAYED in its entirety pending the outcome of the arbitration;

The Court further recognizes that Defendants withdraw their Motion to Consolidate, Stay, and for Sanctions (Dkt. 8) currently pending before this Court. That motion is accordingly deemed WITHDRAWN. As all future filings shall be made in the lead case, the clerk shall remove this case from the Court's active docket pending further order from the Court.

IT IS SO ORDERED this the 15 day of November 2022.

                         Terrence W. Boyle
                         United States District Judge